United States District Court
Southern District of Texas
**ENTERED**
July 21, 2016
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| Robert Freerks | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:16–cv–02151 |
| | § | |
| Colleen Harmon d/b/a Big Wally Transportation | § | |
| | § | |
| Defendant. | § | |

## ORDER CONCERNING REMOVAL

IT IS HEREBY ORDERED that the removing party shall, no later than ten (10) days after the date of this ORDER, file and serve a signed statement under the case and caption that sets forth the following information regarding this removal action:

1.  The date(s) on which defendant(s) or their representative(s) first received a copy of the summons and complaint in the state court action.

2.  The date(s) on which each defendant was served with a copy of the summons and complaint, if any of those dates are different from the date(s) set forth in item number 1.

3.  In actions predicated on diversity jurisdiction, whether any defendants who have been served are citizens of the state in which this Court sits.

4.  In actions predicated on diversity jurisdiction, the amount alleged to be in controversy and the basis for this information.

5.  If removal takes place more than thirty (30) days after any defendant first received a copy of the summons and complaint, the reasons why removal has taken place at this time and the date on which the defendant(s) first received a paper

identifying the basis for such removal.

6.  In actions removed on the basis of this Court's diversity jurisdiction in which the action in state court was commenced more than one year before the date of removal, the reasons why this action should not summarily be remanded to state court.

7.  Identify any defendant who had been served prior to the time of removal who did not formally join in the notice of removal and the reasons therefor.

8.  If the case was removed on the basis of diversity jurisdiction, please list the citizenship of all parties (including the citizenship of each member of any partnership that is a party to this suit).

IT IS FURTHER ORDERED that all defendants to the action who joined in the notice of removal shall file such a Statement within the time period set forth herein, although the parties may file a joint statement as long as such statement is signed by counsel for each party.

IT IS FURTHER ORDERED that the removing party shall serve a copy of this order on all other parties to the action no later than the time they file and serve a copy of the statement required by this order. Any party who learns at any time that any of the information provided in the statement(s) filed pursuant to this order contains information that is not correct shall immediately notify the Court in writing thereof.

The Clerk shall enter this Order and provide a copy to all parties.

SIGNED on July 21, 2016, at Houston, Texas.

_____
Vanessa D. Gilmore
United States District Judge